UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S TEVEN W. T ABER, ET AL.,

      Plaintiffs,

v.

F ORD M OTOR C OMPANY,

      Defendant.

                              /

Case No. 16-mc-51669

S ENIOR U.S. D ISTRICT J UDGE
A RTHUR J. T ARNOW

U.S. M AGISTRATE J UDGE
E LIZABETH A. S TAFFORD

**O RDER A DOPTING R EPORT AND R ECOMMENDATION [5] AND T RANSFERRING J URISDICTION OF A UTOLIV ASP I NC .'S M OTION TO Q UASH T HIRD P ARTY S UBPOENA TO THE W ESTERN D ISTRICT OF M ISSOURI**

Plaintiffs Steven and Renee Taber filed the underlying lawsuit (No. 4:16-cv-00162) against Defendant Ford Motor Company in the Western District of Missouri on October 14, 2016 [Dkt. 2-1]. Plaintiffs brought claims of strict products liability, negligence, breach of warranty, and failure to warn after Steven sustained severe injuries during a car accident in July 2014.

Movant Autoliv ASP, Inc. ("Autoliv") is not a party to the underlying case. Plaintiffs served Autoliv with a third party subpoena [Dkt. 1-1] on October 20, 2016, seeking a deposition and documents pertaining to the Diagnostic Monitor for the 1996 Ford Ranger, the car driven by Steven at the time of the accident. Autoliv

1

moved the Court to quash the third party subpoena [1] on November 16, 2016. Plaintiffs filed a Response [2] on November 21, 2016, to which Autoliv replied [3] on December 2, 2016. The Court referred Autoliv's motion to the Magistrate Judge [4] on December 9, 2016.

On December 22, 2016, the Magistrate Judge issued a Report and Recommendation [5] recommending that the Court transfer jurisdiction of Autoliv's motion to quash the third party subpoena. Autoliv has not filed any objections.

The Court having reviewed the record, the Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Autoliv ASP, Inc.'s Motion to Quash Third Party Subpoena [1] will be **TRANSFERRED** to the Western District of Missouri.

**SO ORDERED**.

Dated: February 3, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge